UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS JONATHAN EPPERSON,

                Plaintiff,

-against-

UNITED STATES GOVERNMENT, et al,

                Defendants.

24-CV-6658 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who resides in California, brought this action *pro se*. On September 20, 2024, the Court dismissed this action as frivolous, noting that Plaintiff had filed numerous cases in this and other districts that had been dismissed as frivolous. The Court ordered Plaintiff, within thirty days, to show cause by declaration why he should not be barred from filing further actions *in forma pauperis* in this court without prior permission.

    Plaintiff filed a declaration on October 11, 2024, in which he cites federal codes and regulations and states:

> In the United States Supreme Court of appeals for the District of Columbia D.C. Circuit(1798) Fed. R. Crim. P. 52(a). Unsolved Capital Crimes: Old Cases Marshall Law D.C.Cir.1987. Adjudicated counterclaim against United States of America for 500 Bullion each fiscal year 1.7 Trillion each state Any Lands of the North West Ordinance of 1787, Government mandate ex parte gag order under operations of the United States Mint to the street violating Article III, Section 1 of the United States Constitution.

(ECF 6 at 2.)[1] Plaintiff's arguments are entirely nonresponsive and do not provide any reason not to impose the bar. Accordingly, the bar order will issue.

---

[1] The Court quotes from the complaint verbatim. All spelling, punctuation and grammar are as in the original unless noted otherwise.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions *in forma pauperis* in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file a new action. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff files an action seeking leave to proceed *in forma pauperis* without a motion for leave to file, in violation of this order, the action will be dismissed for failure to comply with this order.

The Clerk of Court is directed to enter judgment in this matter.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 16, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge