UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>                        Plaintiff,<br><br>-against-<br><br>UNITED STATES GOVERNMENT, et al,<br><br>                        Defendants. | 24cv6658 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the October 16, 2024, order, this action is dismissed. The Court hereby bars Plaintiff from filing future civil actions in forma pauperis in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file a new action. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff files an action seeking leave to proceed in forma pauperis without a motion for leave to file, in violation of this order, the action will be dismissed for failure to comply with the order.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 18, 2024
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                 Chief United States District Judge